

# NUMBER 13-12-00697-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LLOYD R. CARY JR.

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Memorandum Opinion Per Curiam[1]**

Relator, Lloyd R. Cary Jr., filed a petition for writ of mandamus and a motion to stay trial in the above cause on November 9, 2012.

To be entitled to the extraordinary relief of a writ of mandamus, the relator must show that the trial court abused its discretion and that there is no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). The relator has the burden of establishing both prerequisites to

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

mandamus relief, and this burden is a heavy one. *In re CSX Corp.*, 124 S.W.3d 149, 151 (Tex. 2003) (orig. proceeding).

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that relator has not his burden to obtain mandamus relief. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *see also* Tex. R. Civ. P. 204.1; *Coates v. Whittington*, 758 S.W.2d 749, 753 (Tex. 1988). Accordingly, the petition for writ of mandamus and the motion to stay trial are DENIED. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Delivered and filed the
13th day of November, 2012.

2